B 5 (Official Form  5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br><br>District of Maryland | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual:  Last, First, Middle)<br><br>Olsson Enterprises, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>Olsson's Books and Records |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>52-0955132 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>8905 Fairview Road, Suite G1<br>Silver Spring, MD 20910-4150<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Montgomery County<br><br>ZIP CODE<br>20910 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>c/o Mr. John Olsson, President (Registered Agent)<br>815 Olive Drive<br>Silver Spring, MD 20901<br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)
See Attached List

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7        ☐  Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐   Debts are primarily consumer debts<br>☑   Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐   Individual (Includes Joint Debtor)<br>☑   Corporation (Includes LLC and LLP)<br>☐   Partnership<br>☐   Other (If debtor is not one of the above entities,<br>      check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check **one** box.)<br><br>☐   Health Care Business<br>☐   Single Asset Real Estate as defined in<br>      11 U.S.C. § 101(51)(B)<br>☐   Railroad<br>☐   Stockbroker<br>☐   Commodity Broker<br>☐   Clearing Bank<br>☑   Other |
|---|---|---|

| VENUE<br><br>☑ Debtor has been domiciled or has had a residence, principal<br>    place of business, or principal assets in the District for 180<br>    days immediately preceding the date of this petition or for<br>    a longer part of such 180 days than in any other District.<br><br>☐  A bankruptcy case concerning debtor's affiliate, general<br>     partner or partnership is pending in this District. | FILING FEE (Check one box)<br><br>☑ Full Filing Fee attached<br><br><br>☐   Petitioner is a child support creditor or its representative, and the form<br>      specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>      *[If a child support creditor or its representative is a petitioner, and if the*<br>      *petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of*<br>      *1994, no fee is required.]* |
|---|---|

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes)<br><br>1.   ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.   ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United<br>       States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are<br>       the subject of a bona fide dispute as to liability or amount;<br>                                                    or<br>  b. ☐  Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or<br>       agent appointed or authorized to take charge of less than substantially all of the property of the<br>       debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** Olsson Enterprises, Inc

**Case No.**_____

---

**TRANSFER OF CLAIM**

☐  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x  /s/ Dennis J. Balog, Vice President | x  /s/ Zvi Guttman                                          06/19/2008 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Hachette Book Group USA, Inc.        06/19/2008 | The Law Offices of Zvi Guttman, P.A. |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
| | P.O. Box. 32308, Baltimore, MD 21282 |
| Name & Mailing           Dennis J. Balog | Address |
| Address of Individual    3 Center Plaza | (410) 580-0500 |
| Signing in Representative  Boston, MA 02108 | Telephone No. |
| Capacity | |
| x  /s/ William Sinnott, Vice President | x  /s/ Zvi Guttman                                          06/19/2008 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Random House, Inc.                   06/19/2008 | The Law Offices of Zvi Guttman, P.A. |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
| | P.O. Box. 32308, Baltimore, MD 21282 |
| Name & Mailing           William Sinnott | Address |
| Address of Individual    400 Hahn Road | (410) 580-0500 |
| Signing in Representative  Westminster, MD 21157 | Telephone No. |
| Capacity | |
| x  /s/ Alex Gigante, Sr. Vice President for Legal Affairs | x  /s/ Zvi Guttman                                          06/19/2008 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Penguin Group (USA) Inc.             06/19/2008 | The Law Offices of Zvi Guttman, P.A. |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
| | P.O. Box. 32308, Baltimore, MD 21282 |
| Name & Mailing           Alex Gigante | Address |
| Address of Individual    375 Hudson Street | (410) 580-0500 |
| Signing in Representative  New York, NY 10014 | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Hachette Book Group USA, Inc. | Sale of Goods | 39,745.81 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Random House, Inc. | Sale of Goods | 175,247.17 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Penguin Group (USA) Inc. | Sale of Goods | 171,547.95 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 386,540.93 |

_____continuation sheets attached

## ATTACHMENT # 1

## LOCATIONS OF DEBTOR'S PRINCIPAL ASSETS

Upon information and belief, the Debtor's principal business assets are located at its six retail book stores at the following addresses:

1.  2200-G Crystal Drive, Arlington, VA 22202
2.  Reagan Washington National Airport, Terminal C, Arlington, VA 20001
3.  2111 Wilson Boulevard, Arlington, VA 22201
4.  1307 19th St., N.W., Washington, D.C. 20036
5.  418 7th St., N.W., Washington, D.C. 20004
6.  106 S. Union St., Alexandria, VA 22314