UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

FILED

2008 JUL 31 PM 12: 40

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN RE:

OLLSON ENTERPRISES, INC.                Case    No.    08-18107

Debtor

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

BANKRUPTCY JUDGE:    Please enter my appearance for

BAKER & TAYLOR, INC.

and serve all notices given or required to be given under Rule 2002 upon the undersigned at the address set forth below in the above entitled case.

Dated at BOSTON, MASSACHUSETTS

this 29TH day of July, 2008

Signed  *[signature]*

Print Daniel M. Karger
KARGER LAW OFFICES
15 Court Square
BOSTON, MA  02108
617/367-2992