# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                      §
                                            §
OLSSON ENTERPRISES, INC.                    §        Case No. 08-18107
                                            §
            Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. WOLFF, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter on _____ , and it was converted to chapter 7 on _____ . The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. WOLFF _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 34-2 | SANDY SPRING BANK |  |  |  |  |  |
| 7 | INGRAM BOOK GROUP, INC., DBA INGRAM |  |  |  |  |  |
| 46 | RED DISTRIBUTION |  |  |  |  |  |
| 47 | SONY MUSIC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 53 | UNIVERSAL MUSIC GROUP | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. WOLFF | | | | | |
| MICHAEL G. WOLFF | | | | | |
| 26865 center Ridge Road<br>Westlake, OH 44145 | | | | | |
| 31500 BAINBRIDGE ROAD<br>SUITE 5<br>SOLON, OH 44139 | | | | | |
| 31500 BAINBRIDGE ROAD, SUITE 5<br>SOLON, OH 44139 | | | | | |
| 6190 COCHRAN ROAD<br>SUITE E<br>SOLON, OH 44139 | | | | | |
| MRSC INSURANCE PARTNERS, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BP 1330 CONNECTICUT AVENUE LLC | | | | | |
| CESC PLAZA LIMITED PARTNERSHIP | | | | | |
| GROSVENOR URBAN RETAIL, LP | | | | | |
| BANK OF AMERICA | | | | | |
| EAGLEBANK | | | | | |
| Office of Tax and Revenue PO Box 679 Washington DC 20044-0679 | | | | | |
| GOREN, WOLFF & ORENSTEIN, LLC | | | | | |
| P. C. RAFFA | | | | | |
| P. O. BOX 738 GAINESVILLE, VA 20156 | | | | | |
| P. O. BOX 738 GAINESVILLE, VA 20156 | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAW OFFICES OF ZVI GUTTMAN PA | | | | | |
| SQUIRE SANDERS & DEMPSEY LLP | | | | | |
| CESC PLAZA LIMITED PARTNERSHIP | | | | | |
| GROSVENOR URBAN RETAIL, LP | | | | | |
| OFFICE OF THE U. S. TRUSTEE | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | TERENCE K. MCCANN | | | | | |
| 15 | MARYLAND MONTGOMERY COUNTY | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 61 | 13TH & F STREET ASSOCIATES | | | | | |
| 64 | 2111 WILSON BOULEVARD, LLC | | | | | |
| 19 | A1 OVERSTOCK | | | | | |
| 56 | ALLEGRO CORPORATION | | | | | |
| 9 | AMERICAN RECORD GUIDE | | | | | |
| 42 | AMERICAN RECORD GUIDE | | | | | |
| 37 | BAKER & TAYLOR BOOKS | | | | | |
| 5 | BAKER & TAYLOR, INC. | | | | | |
| 18 | BOOK DEPOT | | | | | |
| 31 | BOOK DEPOT | | | | | |
| 41 | CENTER FOR EFFECTIVE PERFORMANCE | | | | | |
| 43 | COLUMBIA UNIVERSITY PRESS | | | | | |
| 68 | DAEDALAS BOOKS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 40 | DISCHORD RECORDS | | | | | |
| 36 | DISCHORD RECORDS | | | | | |
| 13 | DUKE UNIVERSITY PRESS | | | | | |
| 49 | GLOBE PEQUOT PRESS | | | | | |
| 27 | GOOD BOOKS | | | | | |
| 59 | HACHETTE BOOK GROUP | | | | | |
| 1 | HACHETTE BOOK GROUP USA | | | | | |
| 28 | HACHETTE BOOK GROUP USA, INC. | | | | | |
| 14 | HARPER COLLINS | | | | | |
| 2 | HOLTZBRINCK PUBLISHERS, INC. | | | | | |
| 62 | HORNING BROTHERS, INC. | | | | | |
| 29 | HOUGHTON MIFFLIN COMPANY | | | | | |
| 6 | INGRAM PERIODICALS, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | INTERWEAVE PRESS | | | | | |
| 70 | JOHNS HOPKINS UNIVERSITY PRESS - | | | | | |
| 55 | KHALID LHAGGAZI | | | | | |
| 44 | KOCH ENTERTAINMENT | | | | | |
| 51 | LONELY PLANET PUBLICATIONS, INC. | | | | | |
| 10 | LONGLEAF SERVICES INC. | | | | | |
| 57 | LOUISIANA STATE UNIVERSITY PRESS | | | | | |
| 39 | MAGGIE'S MUSIC | | | | | |
| 67 | MALAIKA ROBINSON, I | | | | | |
| 12 | OXFORD UNIVERSITY PRESS | | | | | |
| 45 | PALARI PRESS | | | | | |
| 3 | PENGUIN GROUP USA | | | | | |
| 4 | PERSEUS DISTRIBUTION, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | RANDOM HOUSE, INC. | | | | | |
| 50 | RED/WHEEL WEISER | | | | | |
| 20 | RYLAND PETERS & SMALL INC. | | | | | |
| 22 | SIMON & SCHUSTER | | | | | |
| 60 | SOURCE INTERLINK COMPANIES, INC. | | | | | |
| 66 | TELARC RECORDS | | | | | |
| 48 | TENEUES PUBLISHING COMPANY | | | | | |
| 52 | THE MOUNTAINEERS-BOOKS | | | | | |
| 38 | THE TEXAS BOOKMAN | | | | | |
| 8 | TRILITERAL LLC | | | | | |
| 24 | UNIVERSITY OF AKRON PRESS | | | | | |
| 11 | UNIVERSITY OF NEW MEXICO PRESS | | | | | |
| 54 | UNIVERSITY PRESS OF MISSISSIPPI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | W.W. NORTON CO. | | | | | |
| 32 | W.W. NORTON CO. | | | | | |
| 35 | WASHINGTON BOOK DISTRIBUTORS | | | | | |
| 30 | WEA | | | | | |
| 58 | WELK MUSIC GROUP | | | | | |
| 25 | WORKMAN PUBLISHING COMPANY | | | | | |
| 26 | WORKMAN PUBLISHING COMPANY | | | | | |
| | SANDY SPRING BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 08-18107 | WIL | Judge: | Wendelin I. Lipp | Trustee Name: | MICHAEL G. WOLFF |
|---|---|---|---|---|---|---|

Case Name: OLSSON ENTERPRISES, INC.

Date Filed (f) or Converted (c): 10/01/2008 (c)

341(a) Meeting Date: 11/05/2008

For Period Ending: 12/05/2014

Claims Bar Date: 02/03/2009

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash | 6,000.00 | 0.00 | | 0.00 | FA |
| 2.  BB&amp;T 8200 Greensboro Drive McLean, VA 22102 ** | 350.00 | 100.11 | | 100.11 | FA |
| 3.  Chevy Chase Bank P.O. Box 1296 Laurel, MD 20707 ** | 303.00 | 959.35 | | 959.35 | FA |
| 4.  PNC Bank Protitix 249 5th Avenue 21st Floor Pittsb | 848.00 | 848.00 | | 848.00 | FA |
| 5.  PNC Bank 249 5th Avenue 21st Floor Pittsburgh, PA | 350.00 | 114.76 | | 114.76 | FA |
| 6.  Sandy Spring Bank 17801 Georgia Avenue Olney, MD 2 | 188,000.00 | 31,073.65 | | 31,073.65 | FA |
| 7.  Sandy Spring Bank 17801 Georgia Avenue Olney, MD 2 | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Sandy Spring Bank 17801 Georgia Avenue Olney, MD 2 | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Sandy Spring Bank 17801 Georgia Avenue Olney, MD 2 | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Suntrust Bankruptcy Department P.O. Box 85092 Rich | 317.00 | 746.51 | | 746.51 | FA |
| 11.  Suntrust Bankruptcy Department P.O. Box 85092 Rich | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Security Deposit held by SEEC  Corp. Landlord of 8 | 3,138.75 | 0.00 | | 0.00 | FA |
| 13.  Erie Insurance Umbrella Policy See Attached Certif | 0.00 | 116.00 | | 116.00 | FA |
| 14.  See Attached | 5,104.00 | 0.00 | | 0.00 | FA |
| 15.  2004 Chevrolet Van | 7,000.00 | 4,500.00 | | 4,500.00 | FA |
| 16.  See Attached list | 55,774.00 | 19,575.00 | | 19,575.00 | FA |
| 17.  See List Attached | 662,244.00 | 0.00 | | 0.00 | FA |
| 18.  REFUND                         (u) | 0.00 | 38.00 | | 38.00 | FA |
| 19.  EAGLE BANK                  (u) | 0.00 | 22,035.93 | | 22,035.93 | FA |
| 20.  Post-Petition Interest Deposits          (u) | Unknown | N/A | | 99.02 | FA |
| 21.  Visa/Mastercard Class Action Settlement      (u) | 0.00 | 14,609.72 | | 14,609.72 | FA |
| 22.  TAX REFUND                  (u) | 0.00 | 1.08 | | 1.08 | FA |
| 23.  ATTORNEY FEES              (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $929,428.75            $99,718.11                         $99,817.13            $0.00

Exhibit 8
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 2013 -  After Trustee's attempt at liquidation it was determined that there were insignificant assets which were not subject to liens. This case has resulted in an Administrative Insolvency. After all admiistrative claims are resolved a TFR proposing a pro rata distribution to administrative claimants only will be submitted for review.

Sold property and recovered portion of prior counsel retainer.

Awaiting preparation of tax returns;  Prepare TFR.

Initial Projected Date of Final Report (TFR): 12/15/2009          Current Projected Date of Final Report (TFR): 12/15/2013

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-18107

Case Name: OLSSON ENTERPRISES, INC.

Trustee Name: MICHAEL G. WOLFF

Bank Name: Bank of America

Account Number/CD#: XXXXXX0600

TIP Account

Taxpayer ID No: XX-XXX5132

For Period Ending: 12/05/2014

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/12/08 | 18 | DARTMOUTH COLLEGE P. O. BOX 930HANOVER, NH 03755-0930 | Refund | 1290-000 | $38.00 | | $38.00 |
| 11/12/08 | | PNC BANK | Bank Account Closing | | $962.76 | | $1,000.76 |
| | | | Gross Receipts $962.76 | | | | |
| | 4 | | PNC Bank Protitix 249 5th Avenue 21st Floor Pittsb $848.00 | 1129-000 | | | |
| | 5 | | PNC Bank 249 5th Avenue 21st Floor Pittsburgh, PA $114.76 | 1129-000 | | | |
| 11/12/08 | 10 | SUNTRUST | Bank Account Closing | 1129-000 | $746.51 | | $1,747.27 |
| 11/12/08 | 19 | EAGLE BANK | Bank Account Closing | 1229-000 | $22,035.93 | | $23,783.20 |
| 11/12/08 | 6 | SANDY SPRING BANK 17801 GEORGIA AVENUEOLNEY, MD 20832 | Bank Account Closing | 1129-000 | $31,073.65 | | $54,856.85 |
| 11/12/08 | 3 | CHEVY CHASE BANK 7501 WISCONSIN AVENUEBETHESDA, MD 20814 | Bank Account Closing | 1129-000 | $959.35 | | $55,816.20 |
| 11/12/08 | 2 | BB&T | Bank Account Closing | 1129-000 | $100.11 | | $55,916.31 |
| 11/28/08 | 20 | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | $3.95 | | $55,920.26 |
| 12/11/08 | 21 | CLASS ACTION REFUND LLC 500 MAMARONECK AVENUE5TH FLOORHARRISON, NY 10528 | Visa/Mastercard Settlement | 1249-000 | $14,609.72 | | $70,529.98 |
| 12/15/08 | 22 | UNITED STATES TREASURY | Form 941 Tax Refund | 1224-000 | $1.08 | | $70,531.06 |
| 12/31/08 | 20 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | $5.97 | | $70,537.03 |
| 01/27/09 | 101 | SANDY SPRING BANK ATTN: MICHELLE SHIPLEY14 W. PATRICK STREET, SUITE 210FREDERICK, MD 21701 | PAYMENT OF CLAIM #34-2 | 4210-000 | | $4,968.58 | $65,568.45 |

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Page Subtotals: $70,537.03 $4,968.58

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-18107

Case Name: OLSSON ENTERPRISES, INC.

Taxpayer ID No: XX-XXX5132

For Period Ending: 12/05/2014

Trustee Name: MICHAEL G. WOLFF

Bank Name: Bank of America

Account Number/CD#: XXXXXX0600

TIP Account

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | $1.19 | | $65,569.64 |
| 02/27/09 | 20 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | $1.01 | | $65,570.65 |
| 03/03/09 | 16 | FIRST COMMUNITY BANK | LIQUIDATION OF PROPERTY | 1129-000 | $18,575.00 | | $84,145.65 |
| 03/03/09 | 16 | FIRST COMMUNITY BANK | LIQUIDATION OF PROPERTY | 1129-000 | $1,000.00 | | $85,145.65 |
| 03/04/09 | 102 | N. T. ARRINGTON-AUCTIONEER P. O. BOX 738GAINESVILLE, VA 20156 | Sales Commission and Expense Reimbu For liquidation of property | | | $3,663.50 | $81,482.15 |
| | | P. O. BOX 738GAINESVILLE, VA 20156 | Sales Commission and Expense Reimbu ($1,957.50) | 3630-000 | | | |
| | | P. O. BOX 738GAINESVILLE, VA 20156 | Sales Commission and Expense Reimbu ($1,706.00) | 3640-000 | | | |
| 03/09/09 | 103 | MRSC INSURANCE PARTNERS, LLC 31500 BAINBRIDGE ROADSUITE 5SOLON, OH 44139 | Blanket Bond 3/1/09-3/1/10 #8215-38-69 | 2300-000 | | $77.12 | $81,405.03 |
| 03/31/09 | 20 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | $1.34 | | $81,406.37 |
| 04/30/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | $3.35 | | $81,409.72 |
| 04/30/09 | 104 | SANDY SPRING BANK ATTN: MICHELLE SHIPLEY14 W. PATRICK STREET, SUITE 210FREDERICK, MD 21701 | INTEREST - PAYMENT OF CLAIM #34-2 | | | $199.58 | $81,210.14 |
| | | | ($199.58) | 7990-000 | | | |
| | | SANDY SPRING BANK | INTEREST - PAYMENT OF CLAIM #34-2 $0.00 | 4210-000 | | | |
| 05/29/09 | 20 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | $3.45 | | $81,213.59 |
| 06/24/09 | 13 | ERIE INSURANCE GROUP 100 ERIE INS. PLACEERIE, PA 16530 | INSURANCE REFUND | 1180-000 | $116.00 | | $81,329.59 |
| 06/30/09 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $3.34 | | $81,332.93 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-18107

Case Name: OLSSON ENTERPRISES, INC.

Taxpayer ID No: XX-XXX5132

For Period Ending: 12/05/2014

Trustee Name: MICHAEL G. WOLFF

Bank Name: Bank of America

Account Number/CD#: XXXXXX0600

TIP Account

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.45 | | $81,336.38 |
| 08/31/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.45 | | $81,339.83 |
| 09/30/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.34 | | $81,343.17 |
| 10/30/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.45 | | $81,346.62 |
| 11/30/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.34 | | $81,349.96 |
| 12/24/09 | 15 | WACHOVIA GG&K TRUCKING | LIQUIDATION OF PROPERTY | 1129-000 | $4,500.00 | | $85,849.96 |
| 12/31/09 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.47 | | $85,853.43 |
| 01/04/10 | | Transfer to Acct # XXXXXX1104 | TRANSFER TO WRITE CHECKS | 9999-000 | | $1,394.89 | $84,458.54 |
| 01/29/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.59 | | $84,462.13 |
| 02/17/10 | 105 | MRSC INSURANCE PARTNERS, LLC 31500 BAINBRIDGE ROAD, SUITE 5SOLON, OH 44139 | BOND PAYMENT BOND #8215-38-69 BOND TERM:  03/01/10 - 03/01/11 ACCOUNT #: WOLFF-5 | 2300-000 | | $79.28 | $84,382.85 |
| 02/26/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.24 | | $84,386.09 |
| 03/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.58 | | $84,389.67 |
| 04/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.47 | | $84,393.14 |
| 05/28/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.58 | | $84,396.72 |
| 06/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.48 | | $84,400.20 |
| 07/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.58 | | $84,403.78 |

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Page Subtotals:                    $4,545.02        $1,474.17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  08-18107
Case Name:  OLSSON ENTERPRISES, INC.

Trustee Name:  MICHAEL G. WOLFF
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX0600
TIP Account

Exhibit 9

Taxpayer ID No:  XX-XXX5132
For Period Ending:  12/05/2014

Blanket Bond (per case limit):  $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.59 | | $84,407.37 |
| 09/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.47 | | $84,410.84 |
| 10/29/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.58 | | $84,414.42 |
| 11/30/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.47 | | $84,417.89 |
| 12/31/10 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.58 | | $84,421.47 |
| 01/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | $3.59 | | $84,425.06 |
| 02/15/11 | 106 | MRSC INSURANCE PARTNERS, LLC 6190 COCHRAN ROADSUITE ESOLON, OH 44139 | Acct #WOLFF-5, Policy 8215-38-69 | 2300-000 | | $76.63 | $84,348.43 |
| 02/28/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.65 | | $84,349.08 |
| 03/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.72 | | $84,349.80 |
| 04/29/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.69 | | $84,350.49 |
| 05/18/11 | 23 | THE LAW OFFICE OF RICHARD H. GINS 3 BETHESDA METRO CENTER, STE. 530BETHESDA, MD 20814 | REFUND OF ATTORNEY FEES | 1249-000 | $5,000.00 | | $89,350.49 |
| 05/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.74 | | $89,351.23 |
| 06/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.73 | | $89,351.96 |
| 07/29/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.75 | | $89,352.71 |
| 08/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.77 | | $89,353.48 |
| 09/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.73 | | $89,354.21 |

Page Subtotals:  $5,027.06  $76.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-18107
Case Name: OLSSON ENTERPRISES, INC.

Trustee Name: MICHAEL G. WOLFF
Bank Name: Bank of America
Account Number/CD#: XXXXXX0600
TIP Account

Exhibit 9

Taxpayer ID No: XX-XXX5132
For Period Ending: 12/05/2014

Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.76 | | $89,354.97 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $113.83 | $89,241.14 |
| 11/21/11 | | Transfer to Acct # XXXXXX1104 | TRANSFER TO WRITE CHECKS | 9999-000 | | $100.00 | $89,141.14 |
| 11/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.73 | | $89,141.87 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $109.98 | $89,031.89 |
| 12/30/11 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.75 | | $89,032.64 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $109.77 | $88,922.87 |
| 01/31/12 | 20 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.76 | | $88,923.63 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $116.62 | $88,807.01 |
| 02/15/12 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.34 | | $88,807.35 |
| 02/15/12 | | Trsf To EAGLEBANK | FINAL TRANSFER | 9999-000 | | $88,807.35 | $0.00 |
| 02/15/12 | | Transfer to Acct # XXXXXX1104 | TRANSFER TO WRITE CHECKS | 9999-000 | | $0.04 | ($0.04) |
| 06/03/14 | | Transfer from Acct # XXXXXX1104 | Bank Funds Transfer | 9999-000 | $0.04 | | $0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| COLUMN TOTALS | | | | $99,817.17 | $99,817.17 | |
| Less: Bank Transfers/CD's | | | | $0.04 | $90,302.28 | |
| Subtotal | | | | $99,817.13 | $9,514.89 | |
| Less: Payments to Debtors | | | | $0.00 | $0.00 | |
| Net | | | | $99,817.13 | $9,514.89 | |

Page Subtotals: $3.38   $89,357.59

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-18107
Case Name: OLSSON ENTERPRISES, INC.

Trustee Name: MICHAEL G. WOLFF
Bank Name: Bank of America
Account Number/CD#: XXXXXX1104
Checking - Non Interest

Taxpayer ID No: XX-XXX5132
For Period Ending: 12/05/2014

Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/10 | | Transfer from Acct # XXXXXX0600 | TRANSFER TO WRITE CHECKS | 9999-000 | $1,394.89 | | $1,394.89 |
| 01/04/10 | 1001 | N. T. ARRINGTON-AUCTIONEER P. O. BOX 738GAINESVILLE, VA 20156 | Commission & Expenses of Auctioneer 10% Commission - $450.00 Towing to Gainesville Virginia from Silver Spring - $295.00 2 Months Storage - $200.00 Batteries - Interstate Battery of Woodbridge - $230.84 Repair switch and solenoid for Lift Gate Operation 2 Hour - $90.00 Internet-Online | | | $1,394.89 | $0.00 |
| | | P. O. BOX 738GAINESVILLE, VA 20156 | Commission & Expenses of Auctioneer                    ($450.00) | 3630-000 | | | |
| | | P. O. BOX 738GAINESVILLE, VA 20156 | Commission & Expenses of Auctioneer                    ($944.89) | 3640-000 | | | |
| 11/21/11 | | Transfer from Acct # XXXXXX0600 | TRANSFER TO WRITE CHECKS | 9999-000 | $100.00 | | $100.00 |
| 11/21/11 | 1002 | DC TREASURER Office of Tax and RevenuePO Box 679Washington DC 20044-0679 | D-2030P Sub Payment - 2006 | 2820-000 | | $100.00 | $0.00 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $0.04 | ($0.04) |
| 02/15/12 | | Transfer from Acct # XXXXXX0600 | TRANSFER TO WRITE CHECKS | 9999-000 | $0.04 | | $0.00 |
| 06/03/14 | | Reverses Adjustment OUT on 11/30/11 | BANK SERVICE FEE | 2600-000 | | ($0.04) | $0.04 |
| 06/03/14 | | Transfer to Acct # XXXXXX0600 | Bank Funds Transfer | 9999-000 | | $0.04 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,494.93 | $1,494.93 |
| Less: Bank Transfers/CD's | $1,494.93 | $0.04 |
| Subtotal | $0.00 | $1,494.89 |
| Page Subtotals: | $1,494.93 | $1,494.93 |

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,494.89 |

Exhibit 9

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-18107

Case Name: OLSSON ENTERPRISES, INC.

Trustee Name: MICHAEL G. WOLFF

Bank Name: EagleBank

Account Number/CD#: XXXXXX0017

Checking - Non Interest

Taxpayer ID No: XX-XXX5132

For Period Ending: 12/05/2014

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 22)*

Page Subtotals: $0.00 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-18107

Case Name: OLSSON ENTERPRISES, INC.

Trustee Name: MICHAEL G. WOLFF

Bank Name: EagleBank

Account Number/CD#: XXXXXX0018

Checking - Non Interest

Taxpayer ID No: XX-XXX5132

For Period Ending: 12/05/2014

Blanket Bond (per case limit): $2,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | $88,807.35 | | $88,807.35 |
| 03/12/12 | 1001 | MRSC INSURANCE PARTNERS, LLC 6190 COCHRAN ROADSUITE ESOLON, OH 44139 | BOND PAYMENT Blanket Bond #8215-38-69 Bond Term 3/1/12 - 3/1/13 | 2300-000 | | $103.89 | $88,703.46 |
| 02/12/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $94.00 | $88,609.46 |
| 03/08/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $85.00 | $88,524.46 |
| 03/13/13 | 1002 | INSURANCE PARTNERS AGENCY INC 26865 center Ridge RoadWestlake, OH 44145 | Bond #8215-38-69 Bond Term: 03/01/13 to 03/01/14 | 2300-000 | | $62.04 | $88,462.42 |
| 04/09/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $94.00 | $88,368.42 |
| 05/07/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $91.00 | $88,277.42 |
| 06/10/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $94.00 | $88,183.42 |
| 07/10/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $91.00 | $88,092.42 |
| 08/08/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $94.00 | $87,998.42 |
| 09/11/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $93.00 | $87,905.42 |
| 10/04/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $90.00 | $87,815.42 |
| 11/07/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $93.00 | $87,722.42 |
| 12/11/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $90.00 | $87,632.42 |
| 01/13/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $93.00 | $87,539.42 |
| 02/12/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $93.00 | $87,446.42 |
| 03/10/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | $84.00 | $87,362.42 |

Page Subtotals:                    $88,807.35        $1,444.93

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-18107
Case Name: OLSSON ENTERPRISES, INC.

Trustee Name: MICHAEL G. WOLFF
Bank Name: EagleBank
Account Number/CD#: XXXXXX0018
Checking - Non Interest

Taxpayer ID No: XX-XXX5132
For Period Ending: 12/05/2014

Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | 1003 | CESC PLAZA LIMITED PARTNERSHIP C/O ARNOLD & PORTER LLP ATTN: CHARLES A. MALLOY, ESQ. 555 TWELFTH STREET, N.W. WASHINGTON, D.C. 20004 | Final distribution to claim 69 representing a payment of 100.00 % per court order. | 2410-000 | | $16,659.38 | $70,703.04 |
| 10/07/14 | 1004 | MICHAEL G. WOLFF 15245 SHADY GROVE ROAD ROCKVILLE, MD 20850 | Distribution | | | $4,270.85 | $66,432.19 |
| | | MICHAEL G. WOLFF | Final distribution representing a payment of 100.00 % per court order. ($4,226.30) | 2100-000 | | | |
| | | MICHAEL G. WOLFF | Final distribution representing a payment of 100.00 % per court order. ($44.55) | 2200-000 | | | |
| 10/07/14 | 1005 | BP 1330 CONNECTICUT AVENUE LLC C/O J. DAVID FOLDS, ESQ. MCKENNA LONG & ALDRIDGE LLP 1900 K STREET, NW WASHINGTON, DC 20006 | Final distribution to claim 63 representing a payment of 100.00 % per court order. | 2410-000 | | $30,672.66 | $35,759.53 |
| 10/07/14 | 1006 | LP GROSVENOR URBAN RETAIL P.O. BOX 11071 FORT WAYNE, IN 46855 | Final distribution to claim 65 representing a payment of 100.00 % per court order. | 2410-000 | | $17,252.18 | $18,507.35 |
| 10/07/14 | 1007 | GOREN, WOLFF & ORENSTEIN, LLC 15245 SHADY GROVE ROAD SUITE 465, NORTH LOBBY ROCKVILLE, MD 20850 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $14,744.34 | $3,763.01 |
| 10/07/14 | 1008 | P. C. RAFFA ATTN: ERIC FIG 1201 SEVEN LOCKS ROAD SUITE 360 ROCKVILLE, MD 20854 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $3,763.01 | $0.00 |

|  | COLUMN TOTALS | $88,807.35 | $88,807.35 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $88,807.35 | $0.00 |
|  | Subtotal | $0.00 | $88,807.35 |
|  | Page Subtotals: | $0.00 | $87,362.42 |

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $88,807.35 |

Exhibit 9

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0017 - Checking - Non Interest | $0.00 | $0.00 | $0.00 |
| XXXXXX0018 - Checking - Non Interest | $0.00 | $88,807.35 | $0.00 |
| XXXXXX0600 - TIP Account | $99,817.13 | $9,514.89 | $0.00 |
| XXXXXX1104 - Checking - Non Interest | $0.00 | $1,494.89 | $0.00 |
| | $99,817.13 | $99,817.13 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $99,817.13 |
| Total Gross Receipts: | $99,817.13 |

Page Subtotals:                                    $0.00              $0.00